IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>CHEYNE MICHAEL THOMPSON,<br><br>              Defendant. | **4:24CR3044**<br><br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion to review the conditions of supervised release, (Filing No. 12), is granted.

2) Defendant shall comply with all terms and conditions of his previously ordered supervised release except as follows:

> Defendant shall be released to reside at Northpoint Recovery in Omaha, Nebraska and participate in that facility's treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.
>
> Upon successful completion of the residential program, the defendant will transition to an aftercare program and placement as recommended by the program and approved by the supervising officer.
>
> Defendant shall submit to a search of his person, place of residence or vehicle, upon request of law enforcement or Pretrial Services.

3)     Defendant shall arrive at Northpoint Recovery in Omaha, Nebraska by 4:00 p.m. on October 21, 2024. The Marshal shall release Defendant to Melissa Coats on October 21, 2024 at 11:00 a.m. for timely transport to the facility.

Dated this 16th day of October, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge